Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Road
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
520-465-3000
FAX 520-395-9495
azcrimlaw@gmail.com
Attorney for Cante-Salazar

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | 4:24-cr-04808-JGZ-EJM |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF PLEA HEARING** |
| **Marco Tulio Cante-Salazar,** | |
| Defendant | |

PLEASE TAKE NOTICE that the Change of Plea Hearing of Defendant Marco Tulio Cante-Salazar will be heard on the 26th day of August, 2024, at 10:00 a.m. before the Honorable Eric J. Markovich, United States Magistrate Judge, at the Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, Arizona 85701.

SUBMITTED this 20th day of August 2024.

**FRANCISCO LEÓN**
*/s/ Francisco León*
Francisco León

# CERTIFICATE OF SERVICE

_X___   I hereby certify that on August 20, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon.  Jennifer G. Zipps
United States District Judge

Hon. Eric J. Markovich
United States Magistrate Judge

Evan Nicole Wesley
Assistant United States Attorney

_X___   I hereby certify that on August 20, 2024, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Marco Tulio Cante-Salazar
Reg. No. 15171-510